IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Panama City DIVISION

**HUNTER TSALAGI CHOCTAW TRIBE,**
et al.,

    **Plaintiffs,**

vs.                             Case No. 5:04cv406-RH/WCS

**UNITED STATES,**
**STATE OF FLORIDA,**
**DEPARTMENT OF REVENUE,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiffs initiated this action back in November of 2004, doc. 1, and summons were issued to Plaintiffs on December 15, 2004.  Doc. 8.  Because no activity was demonstrated on the record, an order to show cause was issued on March 16, 2005, directing Plaintiffs to demonstrate by April 4th whether Defendants had been served with process.  Doc. 9.  Furthermore, Plaintiffs were advised that a complaint could be dismissed where there is at least a three month period of inactivity, and where defendants were not served with process within 120 days pursuant to Fed. R. Civ. P. 4(m).  Doc. 9.

It has now been more than three months since Plaintiffs filed anything in this case. Furthermore, Plaintiffs did not respond to the Order to Show Cause, doc. 9, despite being advised that this case could be dismissed if they failed to do so. It is now apparent that Plaintiffs have abandoned this litigation and this case should be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiffs' complaint, doc. 1, be **DISMISSED** for failure to prosecute and failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on April 12, 2005.


  S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**