# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HUNTER TSALAGI CHOCTAW TRIBE,
et al.,

      Plaintiffs,

v.                                         CASE NO.  5:04cv406-RH/WCS

UNITED STATES, STATE OF FLORIDA,
DEPARTMENT OF REVENUE,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 10), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is DISMISSED for failure to abide by orders of the court and failure to prosecute.  The clerk shall enter judgment accordingly and shall close the file.

SO ORDERED this 7th day of June, 2005.

               <u>s/Robert L. Hinkle     </u>
               Chief United States District Judge